UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> MADISON-LARAMIE SELF STORAGE LLC <br><br><br><br><br> Debtor(s) <br><br><br> Plaintiff(s) <br><br><br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 18-01228 <br><br> Chapter: 11 <br><br> Honorable Donald R. Cassling <br><br><br> Adv. No.: |

## FINAL DECREE

THIS CAUSE coming on to be heard on the Motion of Madison-Laramie Self-Storage LLC (the "Debtor") for entry of final decree, due notice having been given, the Court finding that the Debtor has substantially consummated the confirmed plan, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that:

1. The Motion for Final Decree is granted.

2. The Clerk of Court is directed to close the Debtor's Chapter 11 case pending as Case No. 18-01228.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  December 18, 2018

**Prepared by:**

Miriam R. Stein (#6238163)
CHUHAK & TECSON P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 855-6109
mstein@chuhak.com